IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BREALYN LEE PETERSON,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01051-E-BT** |
| | § | |
| **DALLAS COUNTY, TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 7).

Accordingly, it is **ORDERED** Plaintiffs' Motion for leave to proceed in forma pauperis is DENIED (ECF No. 4).

**SO ORDERED** this **April 29, 2026**.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE