IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BREALYN LEE PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-cv-01051-E (BT) |
| | § | |
| DALLAS COUNTY TEXAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation (FCR) of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

As recommended by the FCR, the Court **construes** Plaintiff's notice of appeal and motion for leave to proceed *in forma pauperis* (IFP) on appeal (Docs. 17, 18) as containing a motion for reconsideration of the Court's June 12, 2026 Judgment. The Court hereby **notifies** Plaintiff that, upon a remand of this case from the United States Court of Appeals for the Fifth Circuit, it will grant the construed motion for reconsideration and allow Plaintiff to proceed IFP before this Court. *See*, *e.g.*, *Shepherd v. Int'l Paper Co.*, 372 F.3d 326, 329 (5th Cir. 2004) (citations omitted). Accordingly, Plaintiff should seek a remand from the Fifth Circuit so that this Court can grant the construed motion for reconsideration.

SO ORDERED. October 5, 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE